■ JOCELYN BREEN, Mother, on Behalf of KEITH BREEN v. BOBBY BREEN. — Motion for a stay granted on the terms and conditions contained in the order to show cause, dated September 24, 1962. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of ARTHUR P. HOGAN v. LIVINGSTON PLATT et al.— Motion for an order permitting withdrawal of appellant's points granted to the extent of dispensing with the printing of appellant's reply brief on condition that appellant serves one typewritten copy of his reply brief on the attorney for respondents and files six typewritten copies of such brief with this court on or before October 12, 1962. Respondents, if they are so advised, may serve a rebuttal brief in typewritten form on or before October 19, 1962. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ (A) GRACE MERCADO, Also Known as GRACE M. LEBRON, v. ALMAKS REALTY CORP. (B) MEAD JOHNSON & COMPANY v. 11 UNION PHARMACY INC. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARINA SCHOONMAKER v. FRANK SCHOONMAKER. FRANK SCHOONMAKER v. MARINA SCHOONMAKER. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ. (D) JOHN KATTIS v. JOHN TYREAS et al. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs.

## (October 10, 1962)

■ In the Matter of PARK CHAMBERS HOTEL CORP. v. STATE LIQUOR AUTHORITY.— Motion granted to the extent of permitting the appeal to be heard at the foot of the November 1962 Term Calendar of this court, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 25, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 9, 1962. Reply points, if any, are to be served and filed on or before November 14, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.